# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd St. Suite 4510  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620
jbarton@faillacelaw.com

November 11, 2019

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2019
```

**VIA ECF**
Honorable Lorna G. Schofield
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Gonzalez v. Banaco II LLC; 19 CV 5602 (LGS)*

This firm represents Plaintiff in the above referenced matter. We write, on consent of Defendants, to request a three-week extension of the deadline to file the settlement agreement and a joint letter, currently scheduled for today, November 11, 2019. This is the first request of its kind.

The parties are working diligently on completing their settlement papers, but anticipate needing a bit more time to agree upon the language and get the papers executed. As such, the parties respectfully request the deadline to file the settlement agreement and a joint letter be extended by three weeks.

Thank you for your attention.

Application GRANTED. The settlement materials are due on **December 2, 2019**. No further extensions absent extraordinary circumstances.

Dated: November 12, 2019
New York, New York

*[signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Respectfully Submitted,

_____/s/_____
Jesse S. Barton, Esq.
Michael Faillace & Associates, P.C.
60 East 42nd Street, Suite 4510
New York, NY 10165
Tel No. (212) 317-1200
Fax No. (212) 317-1620