UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ANA ELIZABETH GONZALEZ,                                     :
                           Plaintiff,       :
                                                            :      19 Civ. 5602 (LGS)
         -against-                                        :
                                                            :      ORDER
BANACO II LLC, INC.                                         :
                           Defendant.       :
                                                            :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2019

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order at Dkt. No. 22 requires the parties to file their settlement materials, for the Court to review under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, (2d Cir. 2015), by December 2, 2019. The Order states that "[n]o further extensions absent extraordinary circumstances" will be granted;

    WHEREAS, the parties have not timely filed their materials. It is hereby

    **ORDERED** that the parties shall file their settlement materials as soon as possible and no later than **December 6, 2019**. Continuing failure to comply with Court Orders may result in sanctions.

Dated: December 3, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**